# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MISHELE H. SILEO, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ENTERPRISE SYSTEMS, INC., <br><br> Defendant. | Case No. 8:22-cv-02524-TPB-AEP |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, MISHELE H. SILEO, and Defendant, NATIONAL ENTERPRISE SYSTEMS, INC., hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

DATED: February 3, 2023

Respectfully submitted,

MISHELE H. SILEO

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

<em>/s/ Alexander J. Taylor</em>