# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MISHELE H. SILEO,

   Plaintiff,

v.

NATIONAL ENTERPRISE
SYSTEMS, INC.,

   Defendant.
_____/

Case No. 8:22-cv-02524-TPB-AEP

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MISHELE H. SILEO, and the Defendant, NATIONAL ENTERPRISE SYSTEMS, INC., through their respective counsel that the above-captioned action is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 8, 2023

MISHELE H. SILEO

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq., Of Counsel
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148

Respectfully Submitted,

NATIONAL ENTERPRISE SYSTEMS, INC.

*/s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.

| | |
|---|---|
| Telephone: (630) 575-8181 | Fourth Floor |
| Facsimile: (630) 575-8188 | Coral Gables, FL 33134 |
| ataylor@sulaimanlaw.com | Telephone: 305-358-7747 |
| Counsel for Plaintiff | Facsimile: 305-577-1063 |
| | Attorneys for Defendant NATIONAL ENTERPRISE SYSTEMS, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.